# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Jessie Brown, Jr., | ) | |
|     Plaintiff, | ) | Case No: 13 cv 50288 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Lt. Groharing, et al., | ) | |
|     Defendants. | ) | |

## ORDER

Status held on 3/25/2014. Plaintiff Jessie Brown, Jr. was not present. It is the report and recommendation that this case is dismissed for want of prosecution. Objections to the report and recommendation should be filed by April 8, 2014.

(:03)

Date: March 25, 2014                                   /s/ Iain D. Johnston