IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Jessie Brown, Jr. | ) | |
|---|---|---|
| | ) | Case No. 13 C 50288 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lt. Groharing, et al., | ) | |
| | ) | Judge Philip G. Reinhard |
| Defendants. | ) | |

## ORDER

    On 3/25/2014, Magistrate Judge Johnston entered a report and recommendation [28] that this case be dismissed for want of prosecution. No timely objection has been filed. While the record contains a letter dated 3/28/2014, filed by plaintiff on 3/31/2014, that letter is not an objection to the report and recommendation but rather addresses Magistrate Judge Johnston's order [27] of 3/14/2014 concerning appointment of counsel and plaintiff's travel restrictions due to the terms of his parole. The court has reviewed the record and accepts the report and recommendation. This case is dismissed for want of prosecution.

Date: 4/22/2014                    ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff (cjr)